UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| The Church of the Redeemer; Holy Trinity Episcopal Church; St. Bartholomews Episcopal Church; St. David's Church; Saint Matthews Church; The Church of the Good Shepherd; The Church of the Holy Comforter; The Church of the Holy Cross; The Church of the Resurrection, Surfside; The Protestant Episcopal Church of the Parish of Saint Philip, Charleston, South Carolina; Vestry and Church-Wardens of the Episcopal Church of the Parish of Christ Church, <br><br>              Plaintiffs, <br><br>       vs. <br><br>The Church Insurance Company of Vermont; The Church Insurance Company, and The Church Pension Fund a/k/a The Church Pension Group, <br><br>              Defendants. | Case No: 2:15cv-02590-PMD <br><br> **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

It is hereby stipulated by The Church of the Redeemer; Holy Trinity Episcopal Church; St. Bartholomews Episcopal Church; St. David's Church; Saint Matthews Church; The Church of the Good Shepherd; The Church of the Holy Comforter; The Church of the Holy Cross; The Church of the Resurrection, Surfside; The Protestant Episcopal Church of the Parish of Saint Philip, Charleston, South Carolina; and Vestry and Church-Wardens of the Episcopal Church of the Parish of Christ Church and Defendants The Church Insurance Company of Vermont; The Church Insurance Company, and The Church Pension Fund a/k/a The Church Pension Group that, pursuant to Federal Rules of Civil Procedure 41(a), this action shall be and is dismissed with prejudice in its entirety, with each party to bear its own attorney's fees and costs.

WE SO MOVE

**TURNER PADGET GRAHAM & LANEY, P.A.**

/s/ C. Pierce Cambell                                            Date:   November 11, 2015
C. Pierce Campbell, Federal ID No. 9443
Charles E. Ipock, Federal ID No. 11908
319 S. Irby Street (29501)
Post Office Box 5478
Florence, SC 29502
Email: pcampbell@turnerpadget.com
cipock@turnerpadget.com

-and-

Nosizi Ralephata, Federal ID No. 9685
40 Calhoun Street, Suite 200
Post Office Box 22129
Charleston, South Carolina 29413-2129
Telephone: 843-576-2807
Facsimile: 843-577-1655
Email: nralephata@turnerpadget.com
ATTORNEYS FOR PLAINTIFFS


WE CONSENT

**COLLINS & LACY, P.C.**

/s/ Peter H. Dworjanyn                                           Date:   November 11, 2015
Peter H. Dworjanyn, Esquire
pdworjanyn@collinsandlacy.com
Post Office Box 12487
Columbia, SC  29211
803.256.2660

ATTORNEYS FOR DEFENDANTS